**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CALVIN JAMES CALVIN, | ) | No. EDCV 05-39 GHK (CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| JOHN MARSHALL (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED:   February 24, 2010

_____
GEORGE H. KING
United States District Judge

1